UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MCKINLEY KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01404-JMS-TAB |
| ) | |
| DR. MICHAEL MITCHEFF, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff McKinley Kelly who is in custody at Wabash Valley Correctional Facility, brought this action against past and present medical providers alleging that they were indifferent to his medical condition, gynecomastia—a benign proliferation of glandular tissue in the male breast. The Court now addresses several pending motions in this action.

**I.      Mr. Kelly's Motion to Dismiss Defendant and Motion to Amend Complaint**

Mr. Kelly's motion to dismiss his claims against Dr. Jackie West-Denning, dkt. [65], is **granted**. All claims against Dr. West-Denning are **dismissed with prejudice**. The **clerk is directed** to terminate Dr. Jackie West-Denning as a defendant on the docket. No partial final judgment will issue at this time.

Mr. Kelly's motion for leave to file an amended complaint, dkt. [69], is **granted**. The **clerk is directed** to re-docket the proposed amended complaint, dkt. [69-1], as the Second Amended Complaint in this action.

The second amended complaint is now subject to screening. *See* 28 U.S.C. § 1915A(a). In the second amended complaint, Mr. Kelly restates the allegations from his first amended

complaint and adds additional allegations against defendants Dr. Samuel Byrd and Centurion of Indiana, LLC, based on events from September 2021 through September 2022.

Mr. Kelly's Eighth Amendment deliberate indifference claims against Dr. Mitcheff, Dr. Byrd, and Dr. Rajoli **shall proceed** as presented in the second amended complaint. Likewise, Mr. Kelly's Eighth Amendment claims against Wexford of Indiana, LLC, and Centurion of Indiana, LLC, under the theory outlined in *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690−91 (1978), **shall proceed** as presented in the second amended complaint.

The defendants shall have **14 days following the issuance of this Order** to answer the second amended complaint. The motion for summary judgment filed by defendants Centurion and Dr. Rajoli, dkt. [77], is **denied without prejudice**.[1]

## II.  Defendants' Motion to Stay Dispositive Motion Deadline

Defendants Samuel Byrd, Michael Michael Mitcheff, Naveen Rajoli, and Wexford of Indiana, LLC's motion to stay the dispositive motion deadline, dkt. [75], is **granted**. The Court will reset the dispositive motion deadline by separate order.

## III.  Mr. Kelly's Motion for Assistance with Recruiting Counsel

Mr. Kelly's motion for assistance with recruiting counsel, dkt. [81], is **granted** to the extent that the Court will attempt to recruit counsel to represent Mr. Kelly at settlement proceedings. The motion for leave to proceed *in forma pauperis*, dkt. [82], is **granted**.

---

[1] If these defendants later file a renewed motion for summary judgment, they should take care to limit their Statement of Material Facts Not in Dispute to material facts. *See* S.D. Ind. L.R. 56-1(a). The crimes for which Mr. Kelly was convicted and sentenced to prison, unless they somehow relate to his claims in this action, do not qualify as material.

### IV. Summary

Mr. Kelly's motion to dismiss his claims against Dr. Jackie West-Denning, dkt. [65], is **granted**. All claims against Dr. West-Denning are **dismissed with prejudice**. The **clerk is directed** to terminate Dr. Jackie West-Denning as a defendant on the docket.

Mr. Kelly's motion for leave to file an amended complaint, dkt. [69], is **granted**. The **clerk is directed** to re-docket the proposed amended complaint, dkt. [69-1], as the Second Amended Complaint in this action. The defendants shall have **14 days following the issuance of this Order** to answer the second amended complaint.

The motion for summary judgment filed by defendants Centurion and Dr. Rajoli, dkt. [77], is **denied without prejudice**.

Defendants Samuel Byrd, Michael Mitcheff, Naveen Rajoli, and Wexford of Indiana, LLC's motion to stay the dispositive motion deadline, dkt. [75], is **granted**.

Mr. Kelly's motion for assistance with recruiting counsel, dkt. [81], is **granted** to the extent that the Court will attempt to recruit counsel to represent Mr. Kelly at settlement proceedings. His motion for leave to proceed *in forma pauperis*, dkt. [82], is **denied** as unnecessary.

**IT IS SO ORDERED.**

Date: 11/14/2022

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MCKINLEY KELLY
973030
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
CARLISLE, IN 47838
Electronic Service Participant – Court Only

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Christopher Andrew Farrington
BLEEKE DILLON CRANDALL ATTORNEYS
drew@bleekedilloncrandall.com

Anthony Leo Greco
agreco@zcklaw.com

Roger K. Kanne
ZEIGLER COHEN & KOCH
rkanne@zcklaw.com